VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Cherie Diaz,<br><br>        Plaintiff,<br><br>   v.<br><br>One Technologies LLC, and DOES 1-50 inclusive.,<br><br>        Defendants. | CASE NO. 2:21-cv-08571-GW-AGR<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DEFER RULE 26(f) SCHEDULING CONFERENCE**<br><br>Action Filed:   October 1, 2021<br>Removal:        October 29, 2021<br>Sch. Conf. Date:  December 20, 2021<br>Trial Date:      None set |

The Court has considered the parties' Joint Stipulation to Defer Rule 26(f) Scheduling Conference.  Good cause appearing therefore, it is ORDERED that the stipulation is GRANTED and:

1.     The Rule 26(f) Scheduling Conference (currently set for December 20, 2021 at 8:30 a.m.) and the due date for the parties' Joint Rule 26(f) Report (currently, December 13, 2021) are deferred until further order of the Court; and

2.     This Court will set a new date for a Rule 26(f) Scheduling Conference and for the parties to submit a Joint Rule 26(f) Report after ruling on plaintiff's forthcoming motion to remand and One Technologies' pending motion to dismiss for lack of personal jurisdiction.

**IT IS SO ORDERED**.

Dated: _____                                 _____
                                                                                Honorable George H. Wu

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **December 7, 2021**, I served a copy ☑ / original ☐ of the foregoing document(s) described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DEFER RULE 26(f) SCHEDULING CONFERENCE** on the interested parties in this action addressed as follows:

Thomas Valfrid Anderson, Esq.  *Attorney for Plaintiff,*
William G. Silverstein, Esq.  *Cherie Diaz*
J. Daniel Jung, Esq.
ANDERSON & JUNG
21600 Oxnard Street, Suite 1030
Woodland Hills, CA 91367
(213) 927-6922

☑  By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☑  **BY MAIL (FRCP 5(b)(2)(C))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 2300, Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 7, 2021**, at Los Angeles, California.

*/s/ Anna Park*
Anna Park